

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ROBERT GOMEZ, | | No. 08-15-00019-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 1 |
| | § | |
| DLJ MORTGAGE CAPITAL, INC., | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC # 2014-001297-1) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by the parties to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the dispute between them has been resolved and Appellant, Robert Gomez, no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d) (absent agreement of the parties, the court will tax costs against the appellant).

May 15, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.